372

## HOLLIS v. STATE.
### No. 20144.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft, a felony; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. No error has been perceived which would authorize a reversal of the conviction. The judgment is therefore affirmed.